Filed 9/23/2015 1:57:47 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

## CAUSE NO. 06-C1701-CCL

| | | |
|---|---|---|
| **HERITAGE SNF D/B/A HERITAGE PLAZA NURSING AND REHABILITATION CENTER** | § § § § | FILED IN 6th COURT OF APPEALS TEXARKANA, TEXAS |
| **PLAINTIFF** | § § | 9/24/2015 8:41:42 AM DEBBIE AUTREY Clerk |
| vs. | § § | |
| **GEORGE FISHER, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF WILMER GIDDENS DECEASED** | § § § § § § | **BOWIE COUNTY, TEXAS** |
| **DEFENDANT** | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff Heritage SNF, LP d/b/a Heritage Plaza Nursing and Rehabilitation Center ("Plaintiff") and gives notice of its intent to appeal the trial court's judgment rendered on June 25, 2015. This appeal is taken to the 6th Court of Appeals in Texarkana Texas.

Respectfully submitted,

*/s/ David H. Estes*
**DAVID H. ESTES**
State Bar No. 24012599
destes@hdbdlaw.com
**NEIL J. STOCKBRIDGE**
State Bar No. 24088474
nstockbridge@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100
(214) 369-2118 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

**MOTION TO MODIFY FINAL JUDGMENT**                                  **PAGE 1**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this 23rd day of September 2015.

*/s/ David H. Estes*_____
**DAVID H. ESTES**